UNITED STATES of America,
Plaintiff–Appellee,

v.

Dexter Hatten MURPHY,
Defendant–Appellant.

No. 09–11704
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 18, 2010.

Ramona C. Albin, U.S. Attorney's Office, Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Dexter Hatten Murphy, Anthony, TX, pro se.

Before BARKETT, HULL and HILL, Circuit Judges.

PER CURIAM:

John C. Robbins, retained counsel for Dexter Hatten Murphy, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Murphy's convictions and sentences are **AFFIRMED.**